Davear WHITTLE, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 405, 2015

Supreme Court of Delaware.

Submitted: February 23, 2016

Decided: April 28, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 111101324

AFFIRMED.

Kaneshia JOHNSON, Appellant Below, Appellant,

v.

DELHAIZE AMERICA, LLC and Industrial Accident Board, Appellees Below, Appellees.

No. 632, 2015

Supreme Court of Delaware.

Submitted: March 4, 2016

Decided: May 5, 2016

Court Below: Superior Court of the State of Delaware, C.A. No. N15A-11-001

AFFIRMED.

Bobby MILLER a.k.a. Otto Gibbs, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 579, 2015

Supreme Court of Delaware.

Submitted: April 22, 2016

Decided: May 5, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1408016867

AFFIRMED.

Tiffany NOBLE, Defendant–Below, Appellant,

v.

STATE of Delaware, Plaintiff–Below, Appellee.

No. 570, 2015

Supreme Court of Delaware.

Submitted: May 4, 2016

Decided: May 6, 2016

Court Below: Superior Court of the State of Delaware, Cr. ID No. 1210008119

AFFIRMED.